**Ex parte George CARLSON.**

No. 29000.

Court of Criminal Appeals of Texas.

May 1, 1957.

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., A. D. Bowie, Asst. Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is an appeal from an order of the District Court of Dallas County remanding appellant to the custody of the sheriff of Dallas County to be delivered to an agent of the demanding state.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no errors appearing, the judgment is affirmed.